No. 74-5444.   WILSON v. OREGON.   Ct. App. Ore. Certiorari denied.

No. 74-5449.   OJEDA-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 74-5469.   MONTGOMERY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 74-5487.   GILMORE v. HOGAN, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 74-5489.   CLARK v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 74-5505.   CONSTANT v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74-5516.   FORBES v. TEXAS   Ct. Crim. App. Tex. Certiorari denied.

No. 74-5524.   FRANCISCO-ROMANDIA v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 74-5530.   ANDERSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74-5534.   GAUDIN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74-5535.   WIGGINS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74-5536.   GREENFIELD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.